

**Mark R. Natale**
mnatale@malamutlaw.com
Phone: 856.424.1808
Fax: 856.424.2032
*Member of the NJ Bar*

June 16, 2021

<u>Via ECF</u>
The Honorable Cynthia M. Rufe
U.S. District Court - Eastern District of PA
12614 U.S. Courthouse
Philadelphia, PA 19106

      **Re:**    **Dean v. County of Bucks**
              **2:20-cv-5582-CMR**

Dear Judge Rufe:

    I am writing to notify Your Honor that the parties have reached settlement in the above-referenced matter. Accordingly, I respectfully request that the Court dismiss this matter.

                              Respectfully,

                              <u>/s/ Mark R. Natale</u>
                              Mark R. Natale, Esquire

Cc:    Virginia Hardwick, Esquire (via ECF)

MRN/dd



**Cherry Hill Office**
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
ph 856 424 1808

**Hoboken Office**
221 River Street, 9th Floor
Hoboken, New Jersey 07030
ph 877 567 5293

**Philadelphia Office**
2400 Market Street, No 200
Suite 251
Philadelphia, PA 19103

ph 856 424 1808  |  fx 856 424 2032  |  fx (gov) 856 486 5966  |  MalamutLaw.com